JS-6


FILED
CLERK, U.S. DISTRICT COURT
Sept. 30, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JR___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No. 5:17-CV-00550 (VEB)

LUIS QUIJADA,

        Plaintiff,

JUDGMENT

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 30th day of September, 2018,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE